NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL E. DOTSON,                           )
                                          )
        Appellant,                   )
                                          )
v.                                        )        Case No. 2D20-5
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                    )
_____   )

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Paul E. Dotson, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, LaROSE, and LUCAS, JJ., Concur.